IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANNY JAMES WILSON**                                                                                  **PLAINTIFF**

**VS.**                                               **4:22-CV-00505-BRW**

**K. BROCKMAN,** *ET AL.*                                                                          **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 13th day of June, 2022.

                                                      <u>Billy Roy Wilson</u>
                                                      UNITED STATES DISTRICT JUDGE